UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **Bradley Cooper,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.:1:18-cv-314-TWP-DML |
| | ) | |
| **Blatt, Hassenmiller, Leibsker & Moore, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

# PLAINTIFF'S NOTICE OF SERVICE OF PROCESS

Comes now the Plaintiff, by counsel, and hereby files this Notice of Service of Process in the above-captioned action and, in support thereof, would show the Court the following:

1. On February 9, 2018, Defendant was served with the Summons and Complaint. *See Affidavit of Process Server attached hereto as Exhibit "1".*

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp, #19891-49
Attorney for Plaintiff
5214 S. East Street, Suite D1
Indianapolis, IN  46227
Office: (317) 780-8300
Fax: (317) 217-1320
steinkamplaw@yahoo.com

## **Certificate of Service**

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following by e-mail and via US Mail, first class postage paid and/or via ECF on February 26, 2018.

CT Corporation System
Registered Agent for Blatt, Hassenmiller, Leibsker & Moore, et al.
150 W. Market Street, Suite 800
Indianapolis, IN 46204

Respectfully submitted,

/s/ John Steinkamp
John T. Steinkamp
John Steinkamp and Associates
5214 S. East Street, Suite D1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320
steinkamplaw@yahoo.com